IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DONNELL WILLIAMS,

    Plaintiff,                     No. CIV S-04-0050 DFL JFM P

    vs.

MULE CREEK STATE PRISON,
Facility "C" Administration of
Department of Corrections,

    Defendants.                ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed July 12, 2004, plaintiff's amended complaint was dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

       The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendants: Mike Knowles; Jim Silva; Captain Arthur; Lieutenant Machado; and Sergeant Igoe.

1

1  2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,
2  an instruction sheet and a copy of the second amended complaint filed July 20, 2004.
3  3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 1
8      above; and
9      d. Six copies of the endorsed second amended complaint filed July 20,
10     2004.
11 4. Plaintiff need not attempt service on defendants and need not request waiver of
12 service. Upon receipt of the above-described documents, the court will direct the United States
13 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
14 without payment of costs.
15 DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
will0050.2am

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DONNELL WILLIAMS,

    Plaintiff,                                     No. CIV S-04-0050 DFL JFM P

    vs.

MULE CREEK STATE PRISON,
Facility "C" Administration of
Department of Corrections,                  NOTICE OF SUBMISSION

    Defendants.                               OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       _____ completed summons form

       _____ completed USM-285 forms

       _____ copies of the _____
                             Second Amended Complaint

DATED:

                                                                _____
                                                                  Plaintiff