IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DONNELL WILLIAMS,

    Plaintiff,                     No. CIV S-04-0050 DFL JFM P

    vs.

MULE CREEK STATE PRISON,
Facility "C" Administration of
Department of Corrections, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2005, plaintiff filed a letter addressed to the Clerk of the Court in which he requests either copies of documents filed in this action or a continuance due to an alleged loss of his personal property during a period when he was housed in administrative segregation.[1]

---

[1] Plaintiff's letter and the attachments thereto were not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Plaintiff must

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a copy of plaintiff's December 12, 2005 letter and the attachments thereto on defendants; and

2. Within fourteen days from the date of this order defendants shall file and serve a response to the contentions contained therein.

DATED: January 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
will0050.let

---

include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to defendants' attorney and the address to which it was mailed.  See Local Rule 5-135(b) and (c).