IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON DONNELL WILLIAMS,

      Plaintiff,                      No. CIV S-04-0050 DFL JFM P

      vs.

MULE CREEK STATE PRISON,
Facility "C" Administration of
Department of Corrections, et al.,

      Defendants.                 <u>ORDER</u>

/

          Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 1, 2006, plaintiff filed a notice of change of address and an opposition to defendants' March 22, 2006 motion for summary judgment . These documents were not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. <u>See</u> Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. <u>See</u> Fed. R. Civ. P.

1

1  5(b)(2)(B).  Plaintiff must include with every document filed in this action  a certificate stating
2  the date an accurate copy of the document was mailed to defendants' attorney and the address to
3  which it was mailed.  See Local Rule 5-135(b) and (c).
4        Accordingly, IT IS HEREBY ORDERED that within ten days from the date of
5  this order plaintiff shall serve a copy of his June 1, 2006 notice of change of address and
6  opposition to defendants' March 22, 2006 motion for summary judgment on counsel for
7  defendants and shall file with the court a certificate attesting to such service.  Failure to comply
8  with this order, or failure to properly serve any documents subsequently filed in this action and
9  to include a proper certificate of service with such filing, may result in a recommendation that
10  this action be dismissed.
11  DATED: June 15, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

16  12/mp
    will0050.35jfm