1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON DONNELL WILLIAMS,

11           Plaintiff,                           No. CIV S-04-0050 DFL JFM P

12       vs.

13   MULE CREEK STATE PRISON,
     Facility "C" Administration of
14   Department of Corrections, ET AL.,

15           Defendants.                        ORDER

16   _____/

17           Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20           On August 15, 2006, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty days.  Neither

23   party has filed objections to the findings and recommendations.

24           The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                        1

1          1.  The findings and recommendations filed August 15, 2006 are adopted in full;

2   and

3          2.  This action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 16(f); Local

4   Rule 11-110.

5   DATED:   10/10/2006

6

7

8                                          _____
                                           DAVID F. LEVI
9                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26